IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAMARIS TORRES-MELENDEZ,

     Appellant,

v.                           Case Nos.  5D21-2993
                                             5D21-3112
                           LT Case No. 05-2015-DR-039115

JUAN MELENDEZ-ANDRADE,

     Appellee.

_____/

Decision filed February 14, 2023

Appeal from the Circuit Court
for Brevard County,
Robert Segal, Judge.

Jennifer S. Carroll, of Law Offices
of Jennifer S. Carroll, P.A., Jupiter, for
Appellant.

Elizabeth Siano Harris, of Harris Appellate
Law Office, Mims, for Appellee.

PER CURIAM.

     AFFIRMED.

WALLIS, EISNAUGLE and BOATWRIGHT, JJ., concur.